**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10552 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00066-KJD |
| v. | MEMORANDUM[*] |
| RODOLFO DOMINGUEZ-SOSA, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted September 27, 2011[**]

Before:    HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

Rodolfo Dominguez-Sosa appeals from the 46-month sentence imposed

following his guilty-plea conviction for being a deported alien found unlawfully in

the United States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Dominguez-Sosa contends that the district court abused its discretion by failing to impose a lower sentence in light of his limited criminal history and his cultural and family ties to the United States. The record reflects that the district court considered Dominguez-Sosa's arguments and found that they were insufficient to impose a sentence below the Guidelines range. *See United States v. Carty*, 520 F.3d 984, 995 (9th Cir. 2008) (en banc). In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the sentence at the bottom of the Guidelines range is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**